IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| PAUL WAYNE BOX, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>) Civil Action No. 5:13-CV-007-C<br>Defendant. ) ECF | |

## ORDER

Plaintiff filed this action appealing an adverse decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). A United States Magistrate Judge filed a Report and Recommendation on June 20, 2013, in which the recommendation was made for dismissal of the action pursuant to Plaintiff's pending Motion to Dismiss.[1] No party filed any objections to the Report and Recommendation.

It is, therefore, ORDERED that the Magistrate Judge's Report and Recommendation is ADOPTED by the Court and Plaintiff's Motion to Dismiss is GRANTED. Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

Dated this 11th day of July, 2013.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff indicates in the Motion to Dismiss that he no longer desires to prosecute his claim.